# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RONNIE PETTIFORD, JR.,**

    **Plaintiff,**

  v.                              **Civil Action 2:25-cv-107**
                                      **Judge Michael H. Watson**
**WILLIAM WHITE,** *et al.*,           **Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Ronnie Pettiford's Response to the undersigned's Show Cause Order, which the Court construes as a Motion for Extension of Time to Complete Service (ECF No. 19.) Therein, Plaintiff represents that he has not amended his Complaint to substitute the real names of Defendants John Does 1-3 or effected service of process over John Does 1-3 because he requires discovery that has not yet been produced in order to ascertain their identities. (*Id.*) For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiff has until **OCTOBER 1, 2025** to move to amend his Complaint to substitute the real names of John Does 1-3 and effect service of process over them.

    **IT IS SO ORDERED.**

                                            */s/ Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE