**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

RONNIE PETTIFORD, JR.,

       Plaintiff,

    v.                                  Civil Action 2:25-cv-107
                                           Judge Michael H. Watson

WILLIAM WHITE, *et al.*,              Magistrate Judge Chelsey M. Vascura

       Defendants.

## <u>ORDER</u>

The mediator reported on February 25, 2026, that the parties have reached a settlement in principle. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE MARCH 31, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                   /s/ *Chelsey M. Vascura*
                                   CHELSEY M. VASCURA
                                   UNITED STATES MAGISTRATE JUDGE